1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11    BRIAN KEITH STAFFORD,                    Case No.  20-cv-4115-SVK

12                  Petitioner,

13          v.                                  **ORDER OF TRANSFER**

14    G. MATTESON,

15                  Respondent.

16

17          Petitioner, a state prisoner at California State Prison – Solano, has filed a petition for a writ

18    of habeas corpus under 28 U.S.C. § 2254.  Petitioner challenges a decision by the Board of Parole

19    Hearings.  Where a habeas petition challenges the manner in which a sentence is being executed,

20    e.g., if it involves parole claims, the district of confinement is the preferable forum.  *See* Habeas

      L.R. 2254-3(b)(2); *see also Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

21
            Because Solano County lies within the Eastern District of California, venue is proper in
22
      that District.  *See* 28 U.S.C. § 84(d).  Accordingly, this case is **TRANSFERRED** to the United
23
      States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk
24
      shall terminate all pending motions and transfer the entire file to the Eastern District of California.
25
            **IT IS SO ORDERED.**
26

27    DATED:   __August 11, 2020_____

                                              _____
28                                            SUSAN VAN KEULEN
                                              United States Magistrate Judge

United States District Court
Northern District of California